UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2736
_____

In re: SEMCRUDE, L.P., et al.,

Reorganized Debtors

SAMSON ENERGY RESOURCES COMPANY, et al.

v.

SEMCRUDE, L.P., et al.

Luke Oil Company, C & S Oil/Cross Properties, Inc.,
Wayne Thomas Oil and Gas and William R. Earnhardt, Co.,
Appellants
_____

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 1-09-cv-00994)
District Judge: Honorable Leonard P. Stark
_____

Argued February 19, 2013

Before: AMBRO, FISHER, and JORDAN, Circuit Judges

(Opinion filed August 27, 2013)

## ORDER  AMENDING  PRECEDENTIAL  OPINION

AMBRO, Circuit Judge

  IT IS NOW ORDERED that the published Opinion in the above case filed August 27, 2013, be amended as follows:

On page 18, in the first full paragraph, line 7, replace "0.15%" with "0.13%"

On page 18, in the first full paragraph, last line, replace "one-tenth" with "one-hundredth", so that the phrase reads: "roughly one-hundredth of one percent of that sum."

By the Court,

/s/ Thomas L. Ambro
Circuit Judge

Dated: September 3, 2013
CJG/cc: Yolanda C. Garcia, Esq.
    L. Katherine Good, Esq.
    John H. Knight, Esq.
    Martin A. Sosland, Esq.
    Hartley B. Martyn, Esq.
    Duane D. Werb, Esq.